**Mel S. Harris and Associates, LLC**
**ATTORNEYS AT LAW**
**5 HANOVER SQUARE, 8th Floor**
**NEW YORK, NY 10004**
**Tel (866)414-7444  (212)571-4900**
**Fax (212)571-0965**

MEL S. HARRIS
DAVID WALDMAN
ARTHUR SANDERS
———————————
SETH H. SCHLANGER

AMANDA PEREZ
SCOTT WORTMAN
WILLIAM C. THOMAS
HILARY KORMAN

April 28, 2009

Honorable Roanne L. Mann
United States Magistrate Judge
US District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

SUBJECT: Nachum Zlotnik against Harvard Collection Services, Inc.
CV-09-649

Dear Magistrate Judge Mann:

I write this to notify the court that a settlement has just been reached in the abovementioned case. Both parties will work on the settlement and release agreement and we do not anticipate any difficulties in the execution of the agreement.

I will contact your chambers to confirm that the initial conference originally scheduled for April 29, 2009 at 11:30am is now marked off calendar.

Please let me know if you have any questions.

Respectfully Yours,

Mel S. Harris and Associates, L.L.C.
By: Scott Wortman, Esq.
Direct Dial: (212) 571-4900 ext. 3208
Direct Facsimile: (212) 660-1019
E-mail: swortman@melharrislaw.com

c.c.: Abraham Kleinman
      Kleinman LLC
      Attorneys for Plaintiff
      626 Rex Corp Plaza
      Uniondale, NY 11556-0626
      akleinman@solve360.com